**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Marina Moraru**
*Special Assistant Corporation Counsel*
Office: 212) 356-2456

October 8, 2026

**VIA ECF**
Hon. John P. Cronan
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Y.L. et al., v. New York City Public Schools*, 26-cv-4963 (JPC)(SN)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request a 3-week extension of Defendant's time to respond to the Complaint, October 13 to November 3, 2026. Plaintiffs consent to this request. This is the second request for an extension, the first extension having been granted on July 9, 2026. (ECF 8) The parties exchanged settlement offers and need additional time for further discussions. The requested extension should allow the parties the necessary time to finalize settlement discussions and hopefully resolve this matter without further burdening the Court. Defendant also respectfully requests an adjournment of the joint letter due October 13, 2026 until November 3, 2026 as well.

Accordingly, Defendant respectfully requests that Defendant's time to respond to the complaint be extended to November 3, 2026, with a joint status letter due that same date.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Marina Moraru*
Marina Moraru, Esq.
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood (via ECF)

The request is granted. Defendant shall respond to the Complaint by November 3, 2026. The Clerk of Court is respectfully directed to close Docket Number 9.

SO ORDERED.
October 9, 2026
New York, New York

JOHN P. CRONAN
United States District Judge